# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0762
_____

BRYAN WALTERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer Frydrychowicz, Judge.

May 8, 2025

PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bryan Walters, pro se, Appellant.

James Uthmeier, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellee.